# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| SHARONDA TATE,<br><br>　　Plaintiff,<br><br>v.<br><br>MICHELLE A. KING, Acting Commissioner of the Social Security Administration,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)　No. 2:25-cv-02130-SHL-cgc<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO REVERSE AND REMAND

　　Before the Court is Magistrate Judge Charmiane G. Claxton's Report and Recommendation on Plaintiff Sharonda Tate's Motion to Reverse and Remand ("R&R"), filed January 29, 2026. (ECF No. 22.) Tate appeals a final decision of the Commissioner of Social Security denying her application for Title II disability insurance benefits and Title XVI supplemental security income.[1] (Id. at PageID 909.)

　　The R&R recommends that the motion be denied and that the decision of the Commissioner be affirmed. (Id.) First, the Magistrate Judge reasons that "[a]bsent any evidence in the record of specific limitations due to obesity, the Court cannot conclude that the ALJ erred in her [residual functional capacity ("RFC")] determination." (Id. at PageID 914.) Second, the Magistrate Judge finds that "the ALJ did not err in declining to impose any additional restrictions in Plaintiff's RFC on the basis of non-severe depression and/or mental impairment." (Id. at

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Bisignano is automatically substituted as the defendant.

PageID 916.) Thus, the R&R recommends affirming the Commissioner's decision. (Id. at PageID 917.) Objections to the R&R were due on February 12, and no objections were filed.

A magistrate judge may submit to a district judge proposed findings of fact and recommendations for a disposition. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Because no objections have been filed, the Court reviews the R&R in its entirety for clear error and finds none. Therefore, the Court **ADOPTS** the R&R, **DENIES** Plaintiff's motion, and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED,** this 27th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE