## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

SHARONDA TATE,

    Plaintiff,

v.

MICHELLE A. KING, Acting Commissioner
of the Social Security Administration,

    Defendant.

No. 2:25-cv-02130-SHL-cgc

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 6, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Denying Plaintiff's Motion to Reverse and Remand (ECF No. 23), filed February 27, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 27, 2026
Date